

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00033-CV

———————————————

IN RE JOHN "TRACY" JOSEY, Relator

---

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CR15821

---

Before Wallach, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition to Procedendo" and "Petition for Qui Tam Action" and is of the opinion that relief should be denied. Accordingly, relator's "Petition to Procedendo" and "Petition for Qui Tam Action" are denied.

Per Curiam

Delivered: January 27, 2025